IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTH AMERICAN PRODUCE CO., et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **BLJR DISTRIBUTION, LLC d/b/a BEHLOG FOODSERVICE, et al.**, <br><br> *Defendants*. | **Case No. 2:25-cv-00672-JDW** |

### ORDER

**AND NOW**, this 26th day of September, 2025, upon consideration of Plaintiffs, North American Produce Co. ("North American"), Ryeco, LLC a/t/a G&G Produce ("Ryeco"), E.W. Kean Co., Inc. ("Kean"), M Levin & Company, Inc. ("Levin"), Collotti & Sons, Inc. ("Collotti"), B.R.S. Produce Company t/a Frank Leone ("B.R.S."), Nardella, Inc. ("Nardella"), John Vena, Inc. ("Vena"), and Wick & Brother, Inc. ("Wick"), and Intervening Plaintiff, Primo No. 1 in Produce, Inc. t/a Primo Number One In Produce, Inc.'s ("Primo") Motion For Entry Of Default Judgment Instanter Against All Defendants (ECF No. 58), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiffs' Motion is **GRANTED**.

It is **FURTHER ORDERED** that on or before October 3, 2025, Plaintiffs shall submit an updated calculation of each of their damages, including prejudgment interest

calculated through the day preceding their filing. Plaintiffs shall also include a proposed Order that enters judgment in favor of each of them and that includes the updated calculation of damages for each Plaintiff.

**BY THE COURT:**

<u>*/s/ Joshua D. Wolson*</u>
JOSHUA D. WOLSON, J.
